[Civ. No. 9815. Second Appellate District, Division Two.—June 14, 1935.]

TITLE INSURANCE AND TRUST COMPANY (a Corporation), Respondent, v. A. R. KINKEL et al., Appellants.

Frank P. Doherty and William R. Gallagher for Appellants.

Bob Wheeler for Respondent.

CRAIL, J.—The questions raised on this appeal are these: Does section 580a of the Code of Civil Procedure, relating to the appointment of appraisers in actions for a deficiency judgment, apply (1) to a trust deed executed prior to its effective date, (2) to a power of sale therein contained and

exercised prior to its effective date, and (3) to an action for a deficiency judgment thereunder instituted prior to its effective date?

The reasoning in *Bennett* v. *Superior Court,* 5 Cal. App. (2d) 13 [42 Pac. (2d) 80], leads inevitably to a negative answer to all of these questions.

Judgment affirmed.

Stephens, P. J., concurred.